**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WILLIE COOPER,

        Petitioner,        Case Number: 2:13-CV-14280

v.        HON. GERALD E. ROSEN

RANDALL HAAS,

        Respondent.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated November 04, 2013, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 4th day of November, 2013.

        DAVID J. WEAVER
        CLERK OF THE COURT

BY:   s/Julie Owens
        Deputy Clerk

APPROVED:

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  November 4, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 4, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135